UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| CURTIS D. COOK, ) | |
| ) | |
| Plaintiff, ) | NO.   CV-05-297-LRS |
| ) | |
| -vs- ) | |
| ) | |
| SUTTELL & ASSOCIATES, P.S., ) | |
| ) | ORDER OF DISMISSAL |
| Defendant. ) | |

Pursuant to Federal Rules of Civil Procedure 41(a)(1), the plaintiff has filed a "Notice of Dismissal" and requests that this matter be dismissed with prejudice.  (Ct. Rec. 5).  Accordingly,

**IT IS ORDERED** that the above-titled case be dismissed with prejudice and the file be closed in this matter.

The District Court Executive is directed to file this Order and provide copies to counsel.

**DATED** this 15th day of May, 2006.

*s/Lonny R. Suko*

_____
LONNY R. SUKO
UNITED STATES DISTRICT JUDGE

ORDER OF DISMISSAL